## United States District Court

for the

### Eastern District of Pennsylvania

January 7, 2019

U.S.A. vs. Michael Thomas  Case No. 2:10CR00818-1

### Petition on Supervised Release

COMES NOW Ashley Rodriguez U.S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Michael Thomas who was placed on supervised release by the Honorable Jan E. DuBois sitting in the Court at Philadelphia, PA, on the 27th day of July 2012, who fixed the period of supervision at five years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

ORIGINAL OFFENSE: Conspiracy to commit bank fraud (Count One), bank fraud; aiding and abetting (Counts Two and Four), aggravated identity theft; aiding and abetting (Counts Three and Five), and passing counterfeit currency (Count Six).

ORIGINAL SENTENCE: The defendant was committed to the custody of the United States Bureau of prisons for 12 months on Counts One, Two, Four and Six, all such terms to run concurrently, and six months on each of Counts Three and Five to run consecutively to Counts One, Two, Four and Six, for a total of 24 months, followed by five years of supervised release. A special assessment in the amount of $600.00 was imposed.

SPECIAL CONDITIONS: 1) The defendant shall pay restitution in the amount of $201,500.00 at the rate of not less than $75.00 per month while the defendant is employed; 2) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the United States Probation Office until the restitution is paid in full; 3) The defendant shall provide the United States Probation Office with access to any requested financial documents or other financial information; 4) The defendant shall notify the United States Probation Office of any assets received after the imposition of this Order, and shall not disperse his interest in any assets including, but not limited to, income tax refunds, inheritance, insurance and lawsuit settlements, or gambling winnings, without prior approval of the United States Probation Office; and 5) The defendant shall not encumber or liquidate his interest in any assets unless the proceeds are to be used in payment of the defendant's

**RE: Thomas, Michael**
**Case No.: 2:10CR00818-1**

        restitution obligation.

DATE SUPERVISION
COMMENCED:        June 6, 2014

DATE SUPERVISION
TERMINATES:        June 5, 2019

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE
AS FOLLOWS:

Mr. Thomas commenced supervision on June 6, 2014. His special assessment of $600.00 has been paid in full. To date, he has paid a total of $3,080.00 toward his restitution obligation, leaving a balance of $185,884.44.

Mr. Thomas' supervised release is scheduled to expire on June 5, 2019. It is unlikely that he will pay his restitution obligation in full prior to that date. This officer believes that Mr. Thomas has made a diligent effort pay as much as he could towards his restitution obligation.

The Financial Litigation Unit (FLU) of the U.S. Attorney's Office has been advised as to Mr. Thomas' termination date and restitution balance. It is noted that the U.S. Attorney's Office will continue to monitor and collect this debt beyond the period of supervision, taking collection action as deemed necessary.

We are respectfully requesting that Your Honor permit this case to expire on the scheduled termination date of June 5, 2019, with a restitution balance. If approved by the Court, Mr. Thomas understands that he will be required to continue making monthly payments directly to the clerk's office after his supervised release expires.

RE: Thomas, Michael
Case No.: 2:10CR00818-1

**PRAYING THAT THE COURT WILL ORDER...**  **THAT THE DEFENDANT'S TERM OF SUPERVISED RELEASE BE PERMITTED TO TERMINATE ON ITS ORIGINAL EXPIRATION DATE OF JUNE 5, 2019, WITH A RESTITUTION BALANCE.**

I declare under penalty of perjury that the foregoing is true and correct.

*Valerie J. Riedel* (signature)

Valerie L. Riedel
Supervising U.S. Probation Officer

Place: Philadelphia, PA
Date: January 7, 2019

cc:   Assistant United States Attorney (FLU Unit)
      Defendant's Attorney
      Defendant

ORDER OF THE COURT

Considered and ordered this  9th
day of JAN,  2019  and ordered
filed and made part of the records in the above case.

_Jan E. DuBois_
U.S. District Court Judge

1/9/19 ntt
xc: USPO

3